JAMES R. ARNOLD (SBN 56262)
JOHN A. BEARD (SBN 301405)
THE ARNOLD LAW PRACTICE (East Bay Office)
3685 Mt. Diablo Blvd., Suite 331
Lafayette, CA 94549
Telephone: (925) 284-8887
Facsimile: (925) 284-1387
Email: jarnold@arnoldlp.com
jbeard@arnoldlp.com

Attorneys for Defendant
RICHARD DAPELO, doing business as
QUALITY STAINLESS TANKS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DAPELO, individually, and doing business as QUALITY STAINLESS TANKS, and QUALITY STAINLESS TANKS, an entity of unknown type,<br><br>Defendants. | Case No. 3:17-cv-00321-EMC<br><br>**STIPULATION OF DISMISSAL OF PUTATIVE DEFENDANT QUALITY STAINLESS TANKS, an entity of unknown type**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between counsel of record for plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and defendant RICHARD DAPELO, individually and doing business as QUALITY STAINLESS TANKS that putative defendant "QUALITY STAINLESS TANKS, an entity of unknown type," is a nonexistent entity and so is hereby dismissed with prejudice.

//

//

| | | |
|---|---|---|
| DATED: August 9, 2017 | | THE ARNOLD LAW PRACTICE |
| | By: | /s/ James R. Arnold |
| | | James R. Arnold |
| | | Counsel for Defendant |
| | | RICHARD DAPELO, |
| | | DOING BUSINESS AS QUALITY |
| | | STAINLESS TANKS |
| DATED: August 9, 2017 | | AQUA TERRA AERIS LAW GROUP LLP |
| | By: | /s/ Anthony M. Barnes |
| | | Anthony M. Barnes |
| | | Attorneys for Plaintiff |
| | | CALIFORNIA SPORTFISHING |
| | | PROTECTION ALLIANCE |

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the signatories prior to filing.

DATED: August 9, 2017           By:      /s/ John A. Beard

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(Seal: United States District Court, Northern District of California)