JAMES R. ARNOLD (SBN 56262)
JOHN A. BEARD (SBN 301405)
THE ARNOLD LAW PRACTICE (East Bay Office)
3685 Mt. Diablo Blvd., Suite 331
Lafayette, CA 94549
Telephone: (925) 284-8887
Facsimile: (925) 284-1387
Email: jarnold@arnoldlp.com
       jbeard@arnoldlp.com

Attorneys for Defendant
RICHARD DAPELO
dba QUALITY STAINLESS TANKS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, etc.,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DAPELO, etc., et al.,<br><br>Defendants. | Case No. 3:17-cv-00321-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES; AND**<br><br>**[PROPOSED] ORDER**<br><br>Civil L.R. 6-2 |

Plaintiff California Sportfishing Protection Alliance and Defendant Richard Dapelo respectfully submit this stipulation and proposed order as follows:

**WHEREAS**, Plaintiff and Defendant[1] (collectively, the Parties) have been negotiating in good faith to attempt to reach a settlement in this action; and

**WHEREAS**, the Parties are in continuing settlement discussions and are working on the specific terms of a settlement; and

**WHEREAS**, the Court, at the Parties' request, modified the Court's schedule for this matter on March 23, 2017 (Docket No. 16), and May 9, 2017 (Docket No. 20) by rescheduling the dates for Defendant's response to the complaint, the initial Case Management Conference,

---
[1] The Parties have filed their stipulation to dismiss putative defendant Quality Stainless Tanks. See Doc. No. 27, filed Aug. 9, 2017.

Case No. 3:17-cv-00321-EMC
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE, ETC. AND [PROPOSED] ORDER - 1

and associated deadlines; and

**WHEREAS**, the Court, after Defendant's declination of magistrate jurisdiction issued its Case Management Conference Order in Reassigned Case on July 12, 2017 (Docket No. 26), setting the initial Case Management Conference for August 24, 2017, with related dates as set by the Court, the Local Rules and the Federal Rules of Civil Procedure;

**WHEREAS,** the Parties wish to attempt to conclude their settlement negotiations and the specific terms of a settlement within the next thirty (30) days.

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

The Court is requested to:

(a) Continue the Case Management Conference to October 5, 2017, or as soon thereafter as may be convenient for the Court;

(b) Continue all deadlines pursuant to Fed. R. Civ. P. 26 currently based on the August 24, 2017 Case Management Conference date to the new date for the Case Management Conference.

DATED: August 10, 2017                THE ARNOLD LAW PRACTICE


By:   /s/ James R. Arnold
      JAMES R. ARNOLD
      JOHN A. BEARD
      Attorneys for Defendant
      RICHARD DAPELO


DATED: August 10, 2017                AQUA TERRA AERIS LAW GROUP LLP


By:   /s/ Anthony M. Barnes
      ANTHONY M. BARNES
      Attorneys for Plaintiff
      CALIFORNIA SPORTFISHING
      PROTECTION ALLIANCE

//

//

| | |
|---|---|
| 1 | **ATTESTATION FOR E-FILING** |
| 2 | I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the signatories prior to filing. |
| 3 | |
| 4 | DATED: August 10, 2017      By: /s/ John A. Beard |

**[PR~~O~~POSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference shall be October 5, 2017, and the Case Management Statement due September 28, 2017.  All related deadlines are reset accordingly.

DATED: __8/15/17_____

