Anthony Barnes (Bar No. 199048)
Jason Flanders ((Bar No. 238007)
AQUA TERRA AERIS LAW GROUP LLP
828 San Pablo Ave., Ste. 115B
Albany, CA 94706
Telephone: (415) 326-3173
Email: amb@atalawgroup.com

*Attorneys for Plaintiff*
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD DAPELO, individually, and doing business as QUALITY STAINLESS TANKS, and QUALITY STAINLESS TANKS, an entity of unknown type,<br><br>Defendants. | Case No. 3:17-cv-00321-EMC<br><br>**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)**<br><br>**Judge:** Hon. Edward M. Chen |

**PLEASE TAKE NOTICE THAT:**

WHEREAS, on September 11, 2017, Plaintiff California Sportfishing protection Alliance ("Plaintiff") and Defendant Richard Dapelo (collectively, "the Parties") agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

WHEREAS, on September 15, 2017, Plaintiff filed a Notice of Tentative Settlement and requested the Court not sign the Consent Decree until a mandatory period for comment by the United States had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal Regulations, title 40, section 135.5 (ECF #24); and

WHEREAS, on September 25, 2017 Plaintiff filed a Notice of Commencement of 45-Day Review Period, which advised the Court that the United States had acknowledged receipt

1   of the Consent Decree and would notify the Court of any objections to the Consent Decree by
2   November 6, 2017 (ECF #35); and
3       WHEREAS, on November 6, 2017, the United States Department of Justice filed its
4   Statement of Interest of the United States and Comments on Proposed Consent Decree, in which
5   it stated that the United States does not object to the Court's entry of the Consent Decree into
6   judgment (ECF #37); As the Agencies have indicated that they have no objection to entry, the
7   Court may now enter the [Proposed] Consent Decree, which includes a request that the Court
8   retain jurisdiction to enforce the terms of the [Proposed] Consent Decree if necessary.
9       THEREFORE, the Parties request the Court sign the [Proposed] Consent Decree, a true
10  and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and enter the
11  Consent Decree as judgment. Contingent upon the Court Entering the Consent Decree prior to
12  dismissal, and pursuant to Paragraph 3 of the Consent Decree, the Parties shall file by November
13  16, 2017, a Stipulation and Proposed Order for dismissal with prejudice pursuant to Federal Rule
14  of Civil Procedure 41(a)(2).

16  Dated:  November 7, 2017          THE ARNOLD LAW PRACTICE

18                                    By:   /s/ James R. Arnold
19                                          JAMES R. ARNOLD
                                            JOHN A. BEARD
20                                          Attorneys for Defendant
                                            RICHARD DAPELO

23  Dated:  November 7, 2017          AQUA TERRA AERIS LAW GROUP LLP

25                                    By:   /s/ Anthony M. Barnes
26                                          ANTHONY M. BARNES
                                            Attorneys for Plaintiff
27                                          CALIFORNIA SPORTFISHING
                                            PROTECTION ALLIANCE

1
2  All other signatories listed, and on whose behalf this filing is submitted, concur in the filing's
3  content and have authorized the filing.

4
                                               */s/ Anthony M. Barnes*
5                                               Anthony M. Barnes (SBN 199048)

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28