1  JAMES R. ARNOLD (SBN 56262)
   JOHN A. BEARD (SBN 301405)
2  THE ARNOLD LAW PRACTICE (East Bay Office)
   3685 Mt. Diablo Blvd., Suite 331
3  Lafayette, CA 94549
   Telephone: (925) 284-8887
4  Facsimile: (925) 284-1387
   Email: jarnold@arnoldlp.com
5         jbeard@arnoldlp.com

6  Attorneys for Defendant
   RICHARD DAPELO
7  dba QUALITY STAINLESS TANKS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, etc., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD DAPELO, etc., et al., <br><br> Defendants. | Case No. 3:17-cv-00321-EMC <br><br> **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; AND** <br><br> **[PROPOSED] ORDER** <br><br> Fed. R. Civ. Pro. 41(a)(2) |

    Plaintiff California Sportfishing Protection Alliance and Defendant Richard Dapelo respectfully submit this stipulation and proposed order as follows:

    WHEREAS, on November 21, 2016, Plaintiff provided Defendant with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

    WHEREAS, on January 23, 2017, Plaintiff filed its Complaint against Defendant in this Court. Said Complaint incorporates by reference all of the allegations contained in Defendant's Notice.

    WHEREAS, the settling parties, through their authorized representatives and without either adjudication of Plaintiff's claims, or admission by Defendant of any alleged violation or

other wrongdoing, have chosen to resolve in full by way of settlement Plaintiff's allegations as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.

WHEREAS, Plaintiff submitted the settling parties' agreement ("Consent Decree") to the U.S. EPA and the U.S. Department of Justice (the "federal agencies") for a 45-day statutory review period, consistent with 33 U.S.C. § 1365(c) and 40 C.F.R. § 135.5, and that review period has completed. The federal agencies were provided with the Consent Decree on September 14, 2017. On November 6, 2017, the federal agencies submitted correspondence to the Court indicating that they have no objection to the terms of the Consent Decree. (ECF no. 37.)

WHEREAS, on November 9, 2017, this Court entered the Consent Decree. (ECF no. 39.)

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to that the settling parties request an order from this Court (1) dismissing with prejudice Plaintiff's claims as to Defendant, as set forth in the Notice and Complaint, and (2) concurrently retaining jurisdiction over the settling parties through September 1, 2019, or as otherwise indicated in Paragraph 4 of the Consent Decree, for the purpose of resolving any disputes between the settling parties with respect to enforcement of the Consent Decree.

Respectfully submitted,

DATED: November 16, 2017　　　　　　　　THE ARNOLD LAW PRACTICE

　　　　　　　　　　　　　　　　　　　　By:　 /s/ James R. Arnold
　　　　　　　　　　　　　　　　　　　　　　　JAMES R. ARNOLD
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　RICHARD DAPELO

DATED: November 16, 2017                AQUA TERRA AERIS LAW GROUP LLP

                                        By:    /s/ Anthony M. Barnes
                                               ANTHONY M. BARNES
                                               Attorneys for Plaintiff
                                               CALIFORNIA SPORTFISHING
                                               PROTECTION ALLIANCE

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the signatories prior to filing.

DATED: November 16, 2017                By:    /s/ John A. Beard

**[P~~R~~OPOSED] ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), California Sportfishing Protection Alliance's claims as to Richard Dapelo, as set forth in the Notice and Complaint, are dismissed with prejudice, and the Court shall retain jurisdiction over the parties with respect to disputes arising under the Consent Decree until September 1, 2019, or as otherwise indicated in Paragraph 4 of the Consent Decree.

DATED: 11/20/17

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA